# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-5026
_____

RANDALL PAUL LAWS,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Terry D. Terrell, Judge.

May 11, 2018

PER CURIAM.

    DISMISSED.

ROBERTS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Randall Paul Laws, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.